UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GANNETT CO., INC., <br><br> Plaintiff, <br><br> -against- <br><br> GOOGLE LLC and ALPHABET INC., <br><br> Defendants. | CIVIL ACTION NO. 1:23-cv-5177 <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Gannett Co., Inc. certifies the following:

Gannett Co., Inc. is a publicly traded company and does not have a parent corporation. BlackRock Fund Advisors, which is a subsidiary of publicly traded BlackRock, Inc., owns 10% or more of Gannett Co., Inc.'s publicly traded stock.

Date:  June 20, 2023

Respectfully submitted,

/s/ *John Thorne*
John Thorne (*pro hac vice* pending)
KELLOGG, HANSEN, TODD, FIGEL
 & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
Email:  jthorne@kellogghansen.com

*Counsel for Plaintiff Gannett Co., Inc.*