**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GANNETT CO., INC.<br><br>                              Plaintiff,<br><br>    -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                         Defendants. | CIVIL ACTION NO. 1:23-cv-5177<br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John Thorne, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Gannett Co., Inc.

I am a member in good standing of the Bars of the District of Columbia and the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Attached hereto is a declaration in compliance with Local Rule 1.3.

Date: June 20, 2023

Respectfully submitted,

/s/ *John Thorne*
John Thorne
KELLOGG, HANSEN, TODD, FIGEL &
   FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Tel: (202) 326-7992
Fax: (202) 326-7999
Email: jthorne@kellogghansen.com

*Counsel for Plaintiff Gannett Co., Inc.*