UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GANNETT CO., INC.<br><br>         Plaintiff,<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>         Defendants. | CIVIL ACTION NO. 1:23-cv-5177<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of John Thorne for admission to practice Pro Hac Vice in the above-entitled litigation is granted.

John Thorne has declared that he is a member in good standing of the bars of the District of Columbia and the State of Illinois; and that his contact information is as follows:

> John Thorne
> Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
> 1615 M Street, NW, Suite 400
> Washington, DC 20036
> Tel.: (202) 326-7992 / Fax: (202) 326-7999
> jthorne@kellogghansen.com

John Thorne having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Gannett Co., Inc. in the above-entitled litigation;

**IT IS HEREBY ORDERED** that John Thorne is admitted to practice Pro Hac Vice in the above-entitled litigation in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                                 DISTRICT JUDGE / MAGISTRATE JUDGE