**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GANNETT CO., INC., | CIVIL ACTION NO. 1:23-cv-5177 |
| Plaintiff, | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| -against- | |
| GOOGLE LLC and ALPHABET INC., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff

Gannett Co., Inc. certifies the following:

Gannett Co., Inc. is a publicly traded company and does not have a parent corporation.

BlackRock Fund Advisors, which is a subsidiary of publicly traded BlackRock, Inc., owns 10%

or more of Gannett Co., Inc.'s publicly traded stock.

Date:  June 20, 2023

Respectfully submitted,

/s/ *John Thorne*

John Thorne (*pro hac vice* pending)
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
Email:  jthorne@kellogghansen.com

*Counsel for Plaintiff Gannett Co., Inc.*