IH-32 Rev: 2014-1

# United States District Court
## for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

GANNETT CO., INC.

**Plaintiff**

vs.

GOOGLE LLC and ALPHABET INC.

**Defendant**

**Case Number**

1:23-cv-5177

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

IN RE GOOGLE ADVERTISING ANTITRUST LITIGATION

**Plaintiff**

vs.

**Defendant**

**Case Number**

1:21-md-03010 (PKC)

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open    (If so, set forth procedural status and summarize any court rulings.)

The Judicial Panel on Multidistrict Litigation transferred 19 actions "concern[ing] Google's alleged monopolization and suppression of competition in online display advertising" to the Southern District of New York and Judge Castel for consolidated and coordinated pre-trial proceedings.  See Transfer Order, In re Digital Advert. Antitrust Litig. (J.P.M.L. August 10, 2021), ECF No. 126.  The parties are currently engaged in fact discovery.  Fact discovery closes June 28, 2024 and expert discovery closes December 27, 2024.  See Pre-Trial Order No. 5, ECF No. 394.  On June 6, 2023, the Court ordered coordinated discovery between the MDL and United States v. Google, No. 1:23-cv-00108 (E.D.V.A.).  The coordinated discovery period runs from July 10, 2023 to September 8, 2023.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Under Rule 13 of the Rules for the Division of Business Among District Judges, this action is related to the above-captioned MDL because the actions "concern the same or substantially similar parties, property, transactions, or events."  Plaintiff Gannett Co., Inc. alleges that Defendants Google LLC and Alphabet Inc. have monopolized and suppressed competition in online display advertising markets, including the markets for publisher ad servers and ad exchanges.  Plaintiffs in the above-captioned MDL plead similar markets and allege similar acts of monopolization.

Signature: /s/ John Thorne                              Date: 6/21/2023

Firm: Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.