UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GANNETT CO., INC.<br><br>*Plaintiff,*<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants.* | Case No. 1:23-cv-5177 (PKC)<br><br>**APPEARANCE OF COUNSEL** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Defendants Google LLC and Alphabet Inc. in the above-captioned matter.  I certify that I am admitted to practice before this Court.

Dated: August 30, 2023

*/s/ Craig M. Reiser*
Craig M. Reiser (NY Bar No. 4886735)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, New York 10036
Telephone: (212) 261-2218
Facsimile: (212) 728-2201
Email: creiser@axinn.com

*Counsel for Defendants*
*Google LLC and Alphabet Inc.*