UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GANNETT CO., INC.<br><br>                              *Plaintiff,*<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                              *Defendants.* | Case No. 1:23-cv-5177 (PKC)<br><br>**APPEARANCE OF COUNSEL** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　　Please enter my appearance as counsel for Defendants Google LLC and Alphabet Inc. in the above-captioned matter.  I certify that I am admitted to practice before this Court.

Dated: August 30, 2023

　　　　　　　　　　　　　　　　　　　　*/s/ Denise Plunkett*
　　　　　　　　　　　　　　　　　　　　Denise Plunkett (NY Bar No. 4093332)
　　　　　　　　　　　　　　　　　　　　AXINN, VELTROP & HARKRIDER LLP
　　　　　　　　　　　　　　　　　　　　114 West 47th Street
　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 261-2231
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 728-2201
　　　　　　　　　　　　　　　　　　　　Email: dplunkett@axinn.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*
　　　　　　　　　　　　　　　　　　　　*Google LLC and Alphabet Inc.*