**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GANNETT CO., INC.<br><br>                                          *Plaintiff,*<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                                          *Defendants.* | Case No. 1:23-cv-5177 (PKC)<br><br>**APPEARANCE OF COUNSEL** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Defendants Google LLC and Alphabet Inc. in the above-captioned matter. I certify that I am admitted to practice before this Court.

Dated: August 30, 2023

*/s/ Eva H. Yung*
Eva H. Yung (NY Bar No. 5497300)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, New York 10036
Telephone: (212) 728-2235
Facsimile: (212) 728-2201
Email: eyung@axinn.com

*Counsel for Defendants*
*Google LLC and Alphabet Inc.*