UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | No. 1:21-MD-3010 (PKC) |

*This Motion Relates To:*

| | |
|---|---|
| **GANNETT CO., INC.**<br><br>                                              *Plaintiff,*<br><br>- against -<br><br>**GOOGLE LLC AND ALPHABET INC.,**<br><br>                                              *Defendants.* | No. 1:23-cv-05177 |

**DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S
NOTICE OF MOTION TO DISMISS
<u>GANNETT CO. INC.'S COMPLAINT</u>**

| | |
|---|---|
| FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>855 Main Street<br>Redwood City, CA 94063<br>Telephone: (650) 618-9250<br>Fax: (650) 461-8276 | AXINN, VELTROP & HARKRIDER LLP<br>114 West 47th Street<br>New York, NY 10036<br>Telephone: (212) 728-2200<br>Fax: (212) 728-2201 |

*Counsel for Defendants Google LLC and Alphabet Inc.*

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants Google LLC and Alphabet Inc.'s Motion to Dismiss Gannett Co. Inc.'s Complaint in the above-captioned matter, which is being submitted contemporaneously with this Notice of Motion, Defendants Google LLC and Alphabet Inc. will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order dismissing with prejudice the portions of the federal antitrust claims set forth in Gannett Co. Inc.'s Complaint, Case No. 23-cv-05177, ECF No. 1, related to Exchange Bidding, Encrypting User IDs, Accelerated Mobile Pages, Minimum Bid to Win, Enhanced Dynamic Allocation, and line-item capping, on the ground that for each of these claims, Gannett Co. Inc. has failed to state a claim upon which relief can be granted.  *See* Fed. R. Civ. P. 12(b)(6); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).

Dated: September 8, 2023

Respectfully Submitted,

*/s/ Justina Sessions*
Justina K. Sessions
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Fax: (650) 461-8276
justina.sessions@freshfields.com

Eric Mahr
Robert J. McCallum
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005

Telephone: (202) 777-4500
Fax: (202) 777-4555
eric.mahr@freshfields.com
rob.mccallum@freshfields.com

Daniel Bitton
Denise L. Plunkett
Craig M. Reiser
Eva H. Yung
Claire L. Haws
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, New York 10036
Telephone: (212) 728-2200
Fax: (212) 728-2201
dbitton@axinn.com
dplunkett@axinn.com
creiser@axinn.com
eyung@axinn.com
chaws@axinn.com

Bradley Justus (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Fax: (202) 912-4701
bjustus@axinn.com

Caroline P. Boisvert (*pro hac vice* forthcoming)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, Connecticut 06103
Telephone: (860) 275-8100
Fax: (860) 275-8101
cboisvert@axinn.com

*Counsel for Defendants Google LLC and Alphabet Inc.*