**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>                              Plaintiffs,<br><br>     -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                              Defendants. | Case No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC.<br><br>                              Plaintiff,<br><br>     -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                              Defendants. | Case No. 1:23-cv-5177 (PKC) |

**DECLARATION OF ERIC J. MAIER IN SUPPORT OF PLAINTIFFS DAILY MAIL AND GANNETT'S REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Eric J. Maier, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that:

1. I respectfully submit this Declaration in Support of Plaintiffs Daily Mail and Gannett's Reply Memorandum in Support of their Motion For Partial Summary Judgment.

2. I am an associate in the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. in Washington, D.C., which represents the Plaintiffs Associated Newspapers, Ltd., Mail Media, Inc. (together, "Daily Mail"), and Gannett Co., Inc. in this litigation. The following facts are based on my personal knowledge or on information provided to me. If called upon as a witness, I could and would testify competently to them.

3. Attached as Exhibit 10 is a true and correct copy of excerpts of the Revised Expert Report of Professor David Sibley, Ph.D., dated October 11, 2024.

4. Attached as Exhibit 11 is a true and correct copy of excerpts of the Rebuttal Expert Report of Professor David Sibley, Ph.D., dated February 18, 2025.

5. Attached as Exhibit 12 is a true and correct copy of excerpts of the Revised Expert Report of Professor Shengwu Li, Ph.D., dated October 11, 2024.

6. Attached as Exhibit 13 is a true and correct copy of excerpts of Daily Mail's Responses and Objections to Defendants Second Set of Interrogatories to Daily Mail (Nos. 31-38), dated June 28, 2024.

7. Attached as Exhibit 14 is a true and correct copy of excerpts of the Second Revised Expert Report of Professor Ali Hortacsu, Ph.D., dated October 18, 2024.

8. Attached as Exhibit 15 is a true and correct copy of excerpts of the final transcript of the March 20, 2025 deposition of Professor David Sibley, Ph.D.

9.       Attached as Exhibit 16 is a true and correct copy of excerpts of the final transcript of the March 21, 2025 deposition of Professor Shengwu Li, Ph.D.

10.      Attached as Exhibit 17 is a true and correct copy of excerpts of the final transcript of the April 10, 2025 deposition of Professor Judith Chevalier, Ph.D.[1]

11.      Attached as Exhibit 18 is a true and correct copy of excerpts of the Expert Report of Mark A. Israel, dated December 13, 2024.

12.      Attached as Exhibit 19 is a true and correct copy of excerpts of the final transcript of the July 12, 2024 deposition of Nitish Korula.

13.      Attached as Exhibit 20 is a true and correct copy of excerpts of the first volume of the transcript for Day 8 of the trial in the matter of *United States v. Google LLC*, No. 1:23-cv-00108 (E.D. Va.), dated September 18, 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: August 1, 2025  
Washington, D.C.

*/s/ Eric J. Maier*  
Eric J. Maier

---

[1] The final transcript is incorrectly dated April 10, 2024, however Professor Chevalier's deposition occurred on April 10, 2025.