**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) **APPEARANCE OF COUNSEL** |

*This Document Relates To:*

| | |
|---|---|
| GANNETT CO., INC._____*Plaintiff*,_-against-_GOOGLE LLC and ALPHABET INC.,_____*Defendants*. | Case No. 1:23-cv-5177 (PKC) |
| DOTDASH MEREDITH INC. A/K/A PEOPLE INC. and MEREDITH OPERATIONS CORPORATION,_____*Plaintiffs*,_-against-_GOOGLE LLC and ALPHABET INC.,_____*Defendants*. | Case No. 1:25-cv-07194 (PKC) |
| INSIDER, INC.,_____*Plaintiff*,_-against-_GOOGLE LLC and ALPHABET INC.,_____*Defendants*. | Case No. 1:25-cv-07409 (PKC) |

1

| | |
|---|---|
| THE SLATE GROUP LLC,<br><br>         *Plaintiff,*<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>         *Defendants.* | Case No. 1:25-cv-07697 (PKC) |
| CMI MARKETING, INC.,<br><br>         *Plaintiff,*<br><br> -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>         *Defendants.* | Case No. 1:25-cv-08630 (PKC) |

To: The clerk of court and all parties of record

 I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Gannett Co., Inc., Dotdash Meredith Inc. a/k/a People Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, and CMI Marketing, Inc.

Dated: November 11, 2025      Respectfully submitted,

                /s/ *Eric J. Maier*
                Eric J. Maier (*Admitted Pro Hac Vice*)
                KELLOGG, HANSEN, TODD, FIGEL
                  & FREDERICK, P.L.L.C.
                1615 M Street, N.W., Suite 400
                Washington, DC 20036
                Tel.:  (202) 326-7923
                Fax:  (202) 326-7999
                Email:  emaier@kellogghansen.com

                *Counsel for Gannett Co., Inc., Dotdash Meredith Inc. a/k/a People Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, and CMI Marketing, Inc.*