UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 1:21-md-3010 (PKC) |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD., *et al.* v. GOOGLE LLC, *et al.* | No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC. v. GOOGLE LLC, *et al.* | No. 1:23-cv-05177 (PKC) |

**DEFENDANTS GOOGLE LLC AND ALPHABET
INC.'S MEMORANDUM OF LAW IN SUPPORT OF
THEIR MOTION TO PROVISIONALLY SEAL MATERIALS IN
OPPOSITION TO PLAINTIFFS DAILY MAIL AND GANNETT'S MOTION
<u>FOR PARTIAL SUMMARY JUDGMENT ON GOOGLE'S AFFIRMATIVE DEFENSES</u>**

Pursuant to Rule 5 of this Court's Individual Practices and paragraph 21 of the Modified Confidentiality Order, ECF No. 685 at 25, Defendants Google LLC and Alphabet Inc. (together, "Google") file this Memorandum of Law in Support of its Motion to Provisionally Seal, which seeks to file or keep under seal certain parts of the following materials:

- Google's Memorandum of Law in Opposition to Plaintiffs Daily Mail and Gannett's Motion for Partial Summary Judgment on Google's Affirmative Defenses ("Opposition Memorandum");

- Google's Response to Plaintiffs Daily Mail and Gannett's Statement of Material Facts Not in Dispute Pursuant to Local Rule 56.1(a) and Statement of Supplemental Material Facts ("SUF Response");

- Declaration of Caroline P. Boisvert in Support of the Opposition Memorandum ("Boisvert Declaration"); and

- Exhibits thereto.

Google seeks permission to provisionally file under seal or redact certain information contained in the above materials that was designated as Confidential or Highly Confidential by Google or Plaintiffs Daily Mail and Gannett. Any proposed redactions for Plaintiff-designated information in the Opposition Memorandum, SUF Response, and Boisvert Declaration are identified with green highlighting. Google takes no position on the confidentiality (or otherwise) of Plaintiff-designated information.

Google and Plaintiffs have also agreed to a reasonable extension of the deadline for 1) Plaintiffs to file any application to seal their information contained in Google's Opposition Memorandum, SUF Response, Boisvert Declaration, or Exhibits thereto until January 6, 2026, and 2) Google to file any application to seal its information contained in the same filings until

December 22, 2025. Google requests that any provisionally sealed documents and Plaintiff information highlighted in green in Google's filings remain under seal until these dates.

Google also files certain Google information publicly in its SUF Response which Plaintiffs provisionally filed under seal in connection with their Memorandum of Law in Support of their Motion for Partial Summary Judgment on Google's Affirmative Defenses and Statement of Material Facts Not in Dispute Pursuant to Local Rule 56.1(a). Google nevertheless reserves the right to move to maintain the sealed status of other Google Confidential or Highly Confidential information filed under seal by Plaintiffs in connection with their Motion for Partial Summary Judgment by December 22, 2025, as agreed by the parties. *See* ECF No. 1254.

Dated: December 12, 2025                                    Respectfully Submitted,

/s/ Caroline P. Boisvert
Craig M. Reiser
Denise Plunkett
Eva Yung
Christopher Erickson
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, New York 10111
Telephone: (212) 728-2200
Email: creiser@axinn.com
       dplunkett@axinn.com
       eyung@axinn.com
       cerickson@axinn.com

Bradley D. Justus
AXINN, VELTROP & HARKRIDER LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 469-3532
Email: bjustus@axinn.com

Daniel S. Bitton
AXINN, VELTROP & HARKRIDER LLP
55 Second Street, CA 94105
Telephone: (415) 490-1486
Email: dbitton@axinn.com

Caroline P. Boisvert
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8129
Email: cboisvert@axinn.com

*/s/ Justina K. Sessions*
Justina K. Sessions**
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: 650-618-9250
Email: justina.sessions@freshfields.com

Counsel for Defendants Google LLC and Alphabet Inc.

*\*\*Except as to Associated Newspapers Ltd., et al. v. Google LLC, No. 1:21-cv-03446 (PKC)*