# EXHIBIT A
# (PUBLIC VERSION)

# DOCUMENT FILED UNDER SEAL