**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)<br><br>**MOTION TO WITHDRAW TIBERIUS T. DAVIS AS ATTORNEY OF RECORD** |

*This Document Relates To:*

| | |
|---|---|
| ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.<br><br>Plaintiffs,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No. 1:21-cv-03446 (PKC) |
| GANNETT CO., INC.<br><br>Plaintiff,<br><br>-against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No. 1:23-cv-5177 (PKC) |

PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Civil Rule 1.4, to allow Tiberius T. Davis to withdraw as counsel of record for Plaintiffs Associated Newspapers Ltd. and Mail Media, Inc. (together "Daily Mail") and Gannett Co. Inc. in the above-referenced actions due to his departure from the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. I respectfully request that Tiberius T. Davis be removed from the docket as counsel for Daily Mail and Gannett Co. Inc. All other counsel listed on the docket from the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. will continue to represent Daily Mail and Gannett Co. Inc. in these matters.

1

A proposed order is attached hereto.

| | |
|---|---|
| Date: April 15, 2025 | Respectfully submitted, |
| | */s/ John Thorne* |
| | John Thorne |
| | Daniel G. Bird |
| | Bethan R. Jones |
| | Christopher C. Goodnow |
| | Mark P. Hirschboeck |
| | Eliana Margo Pfeffer |
| | Eric J. Maier |
| | Sven E. Henningson |
| | Tiberius T. Davis |
| | Jonathan I Liebman |
| | Kyle B. Grigel |
| | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. |
| | 1615 M Street NW, Suite 400 |
| | Washington, DC 20036 |
| | Tel.: (202) 326-7900 |
| | Fax: (202) 326-7999 |
| | Email: jthorne@kellogghansen.com |
| | dbird@kellogghansen.com |
| | bjones@kellogghansen.com |
| | cgoodnow@kellogghansen.com |
| | mhirschboeck@kellogghansen.com |
| | epfeffer@kellogghansen.com |
| | emaier@kellogghansen.com |
| | shenningson@kellogghansen.com |
| | tdavis@kellogghansen.com |
| | jliebman@kellogghansen.com |
| | kgrigel@kellogghansen.com |
| | *Counsel for Associated Newspapers, Ltd., Mail Media, Inc., and Gannett Co., Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that, on April 15, 2025, I caused an electronic copy of the foregoing Motion to Withdraw Tiberius T. Davis as Attorney of Record to be served electronically by the Court's Electronic Case Filing (ECF) System.

                                                  /s/ *John Thorne*
                                                  John Thorne